# EXHIBIT B

The Philadelphia Courts Civil Docket Access | No Items in Cart | LOGOUT sharburg

**Civil Docket Report**

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| Case ID: | 120902972 |
| Case Caption: | GRASSO ETAL VS THOMAS JEFFERSON UNIVERSITY HOSPITA |
| Filing Date: | Tuesday , September 25th, 2012 |
| Court: | MAJOR JURY-COMPLEX |
| Location: | City Hall |
| Jury: | JURY |
| Case Type: | MALPRACTICE - MEDICAL |
| Status: | LISTED FOR SETTLEMENT CONF |

## Related Cases

No related cases were found.

## Case Event Schedule

| Event | Date/Time | Room | Location | Judge |
|---|---|---|---|---|
| PROJECTED SETTLEMENT CONF DATE | 07-JUL-2014 09:00 AM | City Hall | Courtroom 480, City Hall | ALLEN, JACQUELINE F |
| PROJECTED PRE-TRIAL CONF. DATE | 01-SEP-2014 09:00 AM | City Hall | Courtroom 480, City Hall | ALLEN, JACQUELINE F |
| PROJECTED TRIAL DATE | 06-OCT-2014 09:00 AM | City Hall | Courtroom 480, City Hall | ALLEN, JACQUELINE F |

## Case motions

| Motion | Assign/Date | Control No | Date/Received | Judge |
|---|---|---|---|---|
| PRELIMINARY OBJECTIONS | *pending* | 13081803 | 16-AUG-2013 | ALLEN, JACQUELINE F |

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | LAYSER, DEREK R |
| **Address:** 1500 WALNUT STREET 18TH FLOOR PHILADELPHIA PA 19102 (215)875-8000 | | **Aliases:** none | | |
| 2 | 1 | | PLAINTIFF | GRASSO, MICHAEL A |
| **Address:** 148 SOUTHARD DRIVE MANAHAWKIN NJ 08050 | | **Aliases:** none | | |
| 3 | 1 | | PLAINTIFF | GRASSO, ROSEANN |
| **Address:** 148 SOUTHARD DRIVE MANAHAWKIN NJ 08050 | | **Aliases:** none | | |
| 4 | 10 | | DEFENDANT | THOMAS JEFFERSON UNIVERSITY HOSPITAL |
| **Address:** 111 SOUTH 11TH STREET PHILADELPHIA PA 19107 | | **Aliases:** none | | |
| 5 | 10 | | DEFENDANT | JEFFERSON UNIVERSITY PHYSICIANS |
| **Address:** 833 CHESTNUT STREET SUITE 630 PHILADELPHIA PA 19107 | | **Aliases:** none | | |

| 6 | 10 | 09-JUL-2013 | DEFENDANT | GOMELLA MD, LEONARD G |
|---|---|---|---|---|
| **Address:** | 833 CHESTNUT STREET SUITE 703 PHILADELPHIA PA 19107 | **Aliases:** | *none* | |
| 7 | 10 | | DEFENDANT | JEFFERSON UROLOGY ASSOCIATES |
| **Address:** | 833 CHESTNUT STREET SUITE 703 PHILADELPHIA PA 19107 | **Aliases:** | *none* | |
| 8 | 14 | | DEFENDANT | INTUITIVE SURGICAL, INC. |
| **Address:** | 1266 KIEFER ROAD, #101 SUNNYVALE CA 94086 | **Aliases:** | *none* | |
| 9 | | 07-NOV-2012 | TEAM LEADER | TERESHKO, ALLAN L |
| **Address:** | 231 CITY HALL PHILADELPHIA PA 19107 (215)686-7324 | **Aliases:** | *none* | |
| 10 | | | ATTORNEY FOR DEFENDANT | CAMHI, DONALD N |
| **Address:** | 1600 JFK BLVD FOUR PENN CENTER POST & SCHELL PC PHILADELPHIA PA 19103 (215)587-1015 | **Aliases:** | *none* | |

| 11 | 10 | | ATTORNEY FOR DEFENDANT | NADEL KRAMER, DONNA |
|---|---|---|---|---|
| **Address:** | POST & SCHELL, P.C.<br>FOUR PENN CENTER<br>1600 JOHN F. KENNEDY BOULEVARD<br>PHILADELPHIA PA 19103<br>(215)587-1171 | **Aliases:** | *none* | |
| 12 | | 06-JAN-2013 | TEAM LEADER | MOSS, SANDRA M |
| **Address:** | 392 CITY HALL<br>PHILADELPHIA PA 19107<br>(215)686-7910 | **Aliases:** | *none* | |
| 13 | | | TEAM LEADER | ALLEN, JACQUELINE F |
| **Address:** | 360 CITY HALL<br>BROAD & MARKET STREETS<br>PHILADELPHIA PA 19107<br>(215)686-7038 | **Aliases:** | *none* | |
| 14 | | | ATTORNEY FOR DEFENDANT | LIMBACHER, ROBERT A |
| **Address:** | GOODELL, DEVRIES, LEECH & DANN<br>TWO COMMERCE SQUARE<br>2001 MARKET ST., SUITE 3700<br>PHILADELPHIA PA 19103<br>(267)765-3601 | **Aliases:** | *none* | |

| 15 | 14 | | ATTORNEY FOR DEFENDANT | ROCKETT, SHEVON D |
|---|---|---|---|---|
| **Address:** | GOODELL, DEVRIES, LEECH & DANN<br>2005 MARKET STREET<br>SUITE 1940<br>PHILADELPHIA PA 19103<br>(267)765-3605 | **Aliases:** | *none* | |
| 16 | 14 | | ATTORNEY PRO HAC VICE | CHEFFO, ESQ, MARK S |
| **Address:** | SKADDEN, ARPS, MEAGHER & FLOM<br>FOUR TIMES SQUARE<br>NEW YORK NY 10036 | **Aliases:** | *none* | |
| 17 | 14 | | ATTORNEY FOR DEFENDANT | HARBURG, STEPHEN |
| **Address:** | SKADDEN, ARPS<br>1440 NEW YORK AVENUE, N.W.<br>WASHINGTON DC 20005<br>(202)371-7470 | **Aliases:** | *none* | |

## **Docket Entries**

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount | Approval/ Entry Date |
|---|---|---|---|---|
| 25-SEP-2012 02:48 PM | ACTIVE CASE | | | 25-SEP-2012 02:55 PM |
| **Docket Entry:** | E-Filing Number: 1209038041 | | | |
| 25-SEP-2012 | COMMENCEMENT | LAYSER, | | 25-SEP-2012 |

| 02:48 PM | CIVIL ACTION JURY | DEREK R | | 02:55 PM |
|---|---|---|---|---|
| **Documents:** | Final Cover | | | |
| **Docket Entry:** | *none.* | | | |
| 25-SEP-2012 02:48 PM | PRAE TO ISSUE WRIT OF SUMMONS | LAYSER, DEREK R | | 25-SEP-2012 02:55 PM |
| **Documents:** | Writ of Summons.pdf | | | |
| **Docket Entry:** | PRAECIPE TO ISSUE WRIT OF SUMMONS FILED. WRIT OF SUMMONS ISSUED. | | | |
| 25-SEP-2012 02:48 PM | SHERIFF'S SURCHARGE 5 DEFTS | LAYSER, DEREK R | | 25-SEP-2012 02:55 PM |
| **Docket Entry:** | *none.* | | | |
| 25-SEP-2012 02:48 PM | JURY TRIAL PERFECTED | LAYSER, DEREK R | | 25-SEP-2012 02:55 PM |
| **Docket Entry:** | 12 JURORS REQUESTED. | | | |
| 25-SEP-2012 02:48 PM | WAITING TO LIST CASE MGMT CONF | LAYSER, DEREK R | | 25-SEP-2012 02:55 PM |
| **Docket Entry:** | *none.* | | | |
| 01-OCT-2012 04:20 PM | AFFIDAVIT OF SERVICE FILED | LAYSER, DEREK R | | 01-OCT-2012 04:22 PM |
| **Documents:** | Affidavit of Service.pdf | | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S WRIT OF SUMMONS UPON INTUITIVE SURGICAL, INC. BY CERTIFIED MAIL ON 09/26/2012 FILED. (FILED ON BEHALF OF ROSEANN GRASSO AND MICHAEL A GRASSO) | | | |
| 06-OCT-2012 03:58 PM | AFFIDAVIT OF SERVICE FILED | | | 09-OCT-2012 01:43 PM |
| **Documents:** | Affidavit of Service | | | |

| | Docket Entry: | AFFIDAVIT OF SERVICE OF PLAINTIFF'S WRIT OF SUMMONS UPON THOMAS JEFFERSON UNIVERSITY HOSPITAL BY PERSONAL SERVICE ON 09/28/2012 FILED. | | | |
|---|---|---|---|---|---|
| 06-OCT-2012 04:01 PM | AFFIDAVIT OF SERVICE FILED | | | 09-OCT-2012 01:43 PM | |
| | Documents: | Affidavit of Service | | | |
| | Docket Entry: | AFFIDAVIT OF SERVICE OF PLAINTIFF'S WRIT OF SUMMONS UPON JEFFERSON UROLOGY ASSOCIATES, LEONARD G GOMELLA AND JEFFERSON UNIVERSITY PHYSICIANS BY PERSONAL SERVICE ON 09/28/2012 FILED. | | | |
| 25-OCT-2012 11:54 AM | ENTRY OF APPEARANCE FILED | CAMHI, DONALD N | | 25-OCT-2012 11:56 AM | |
| | Documents: | GrassoEntry.pdf | | | |
| | Docket Entry: | ENTRY OF APPEARANCE OF DONNA NADEL KRAMER AND DONALD N CAMHI FILED. (FILED ON BEHALF OF JEFFERSON UROLOGY ASSOCIATES, LEONARD G GOMELLA, JEFFERSON UNIVERSITY PHYSICIANS AND THOMAS JEFFERSON UNIVERSITY HOSPITAL) | | | |
| 25-OCT-2012 11:57 AM | RULE TO FILE COMPLAINT | CAMHI, DONALD N | | 25-OCT-2012 11:58 AM | |
| | Documents: | GrassoRule.pdf | | | |
| | Docket Entry: | PRAECIPE AND RULE FILED UPON MICHAEL A GRASSO AND ROSEANN GRASSO TO FILE A COMPLAINT WITHIN TWENTY (20) DAYS OR SUFFER JUDGMENT OF NON PROS FILED. (FILED ON BEHALF OF JEFFERSON UROLOGY ASSOCIATES, LEONARD G GOMELLA, JEFFERSON UNIVERSITY PHYSICIANS AND THOMAS JEFFERSON UNIVERSITY HOSPITAL) | | | |
| 07-DEC-2012 12:59 PM | MOT-PRE/CMPLT DISCOVERY | LAYSER, DEREK R | | 11-DEC-2012 07:52 AM | |
| | Documents: | Motion for Pre-Complaint Discovery.pdf<br>Motion CoverSheet Form | | | |
| | Docket Entry: | 41-12121041 RESPONSE DATE 12/31/2012. (FILED ON BEHALF OF ROSEANN GRASSO AND MICHAEL A GRASSO) | | | |
| 28-DEC-2012 | LISTED FOR CASE | | | 28-DEC-2012 | |

| 05:05 PM | MGMT CONF | | | 05:05 PM |
|---|---|---|---|---|
| **Docket Entry:** | *none.* | | | |
| 01-JAN-2013 12:38 AM | NOTICE GIVEN | | | 01-JAN-2013 12:38 AM |
| **Docket Entry:** | *none.* | | | |
| 04-JAN-2013 09:27 AM | MOTION ASSIGNED | | | 04-JAN-2013 09:27 AM |
| **Docket Entry:** | 41-12121041 MOT-PRE/CMPLT DISCOVERY ASSIGNED TO JUDGE: MOSS, SANDRA M. ON DATE: JANUARY 04, 2013 | | | |
| 08-JAN-2013 05:29 PM | ORDER ENTERED/236 NOTICE GIVEN | MOSS, SANDRA M | | 08-JAN-2013 05:29 PM |
| **Documents:** | ORDER_16.pdf | | | |
| **Docket Entry:** | 41-12121041 IT IS ORDERED THAT PLTFS MOTION FOR PRE-COMPLAINT DISCOVERY IS GRANTED. DR LEONARD G GONNELLA SHALL SUBMIT TO DEPOSITION ON THE ISSUE OF MALFUNCTION ISSUES RELATED TO THE ROBOTIC SURGICAL DEVICE. IT IS FURTHER ORDERED THAT THOMAS JEFFERSON UNIVERSITY HOSPITAL, METHODIST DIVISION SHALL SUBMIT A FULL AND COMPLETE AND CERTIFIED COPY OF PLTFS MEDICAL RECORDS WITHIN 10 DAYS OF THE DATE OF THIS ORDER. IT IS FURTHER ORDERED THAT PLTF'S COMPLAINT WILL BE FILED WITHIN 30 DAYS AFTER THE OCCURANCE OF ALL THE ABOVE EVENTS...BY THE COURT, JUDGE MOSS, 1-4-13, | | | |
| 08-JAN-2013 05:30 PM | NOTICE GIVEN UNDER RULE 236 | | | 09-JAN-2013 04:13 PM |
| **Docket Entry:** | NOTICE GIVEN ON 09-JAN-2013 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 08-JAN-2013. | | | |
| 15-JAN-2013 03:24 PM | CASE RESCHEDULED BY COURT | | | 15-JAN-2013 03:24 PM |
| **Docket Entry:** | *none.* | | | |
| 15-JAN-2013 | LISTED FOR CASE | | | 15-JAN-2013 |

| 03:25 PM | MGMT CONF | | | 03:25 PM |
|---|---|---|---|---|
| Docket Entry: | *none.* | | | |
| 17-JAN-2013 12:40 AM | NOTICE GIVEN | | | 17-JAN-2013 12:40 AM |
| Docket Entry: | *none.* | | | |
| 01-MAR-2013 11:18 AM | CASE MGMT CONFERENCE COMPLETED | SALTER, PAUL | | 01-MAR-2013 11:18 AM |
| Docket Entry: | *none.* | | | |
| 01-MAR-2013 11:18 AM | CASE MANAGEMENT ORDER ISSUED | | | 01-MAR-2013 11:18 AM |
| Documents: | CMOIS_22.pdf | | | |
| Docket Entry: | CASE MANAGEMENT ORDER-MEDICAL MALPRACTICE CASE AND NOW, 01-MAR-2013, it is Ordered that: 1. The case management and time standards adopted for Medical Malpractice cases shall be applicable to this case and are hereby incorporated into this Order. 2. All discovery on the above matter shall be completed not later than 07-APR-2014. 3. Plaintiff shall identify and submit curriculum vitae and expert reports of all expert witnesses intended to testify at trial to all other parties not later than 05-MAY-2014. 4. Defendant and any additional defendants shall identify and submit curriculum vitae and expert reports of all expert witnesses intended to testify at trial not later than 02-JUN-2014. 5. All pre-trial motions shall be filed not later than 02-JUN-2014. 6. A settlement conference may be scheduled at any time after 07-JUL-2014. Prior to the settlement conference all counsel shall serve all opposing counsel and file a settlement memorandum containing the following:(a) A concise summary of the nature of the case if plaintiff or of the defense if defendant or additional defendant; (b) A statement by the plaintiff or all damages accumulated, including an itemization of injuries and all special damages claimed by categories and amount;(c) Defendant shall identify all applicable insurance carriers, together with applicable limits of liability. 7. A pre-trial conference will be scheduled any time after 01-SEP-2014. Fifteen days prior to pre-trial conference, all counsel shall serve all opposing counsel and file a pre-trial memorandum containing the following: (a) A concise summary of the nature of the case if plaintiff or the defense if defendant or additional defendant; (b) A list of all witnesses who may be | | | |

| | | | | |
|---|---|---|---|---|
| | called to testify at trial by name and address. Counsel should expect witnesses not listed to be precluded from testifying at trial; (c) A list of all exhibits the party intends to offer into evidence. All exhibits shall be pre-numbered and shall be exchanged among counsel prior to the conference. Counsel should expect any exhibit not listed to be precluded at trial; (d) Plaintiff shall list an itemization of injuries or damages sustained together with all special damages claimed by category and amount. This list shall include as appropriate, computations of all past lost earnings and future lost earning capacity or medical expenses together with any other Unliquidated damages claimed; and (e) Defendant shall state its position regarding damages and shall identify all applicable insurance carriers, together with applicable limits of liability; (f) Each counsel shall provide an estimate of the anticipated length of trial. 8. It is expected that the case will be ready for trial 06-OCT-2014, and counsel should anticipate trial to begin expeditiously thereafter. 9. All counsel are under a continuing obligation and are hereby ordered to serve a copy of this order upon all unrepresented parties and upon all counsel entering an appearance subsequent to the entry of this order. BY THE COURT: JACQUELINE ALLEN, J., TEAM LEADER | | | |
| 01-MAR-2013 11:18 AM | LISTED FOR SETTLEMENT CONF | | | 01-MAR-2013 11:18 AM |
| **Docket Entry:** | *none.* | | | |
| 01-MAR-2013 11:18 AM | LISTED FOR PRE-TRIAL CONF | | | 01-MAR-2013 11:18 AM |
| **Docket Entry:** | *none.* | | | |
| 01-MAR-2013 11:18 AM | LISTED FOR TRIAL | | | 01-MAR-2013 11:18 AM |
| **Docket Entry:** | *none.* | | | |
| 01-MAR-2013 11:18 AM | NOTICE GIVEN UNDER RULE 236 | | | 04-MAR-2013 07:17 PM |
| **Docket Entry:** | NOTICE GIVEN ON 04-MAR-2013 OF CASE MANAGEMENT ORDER ISSUED ENTERED ON 01-MAR-2013. | | | |
| 08-MAR-2013 02:34 PM | ENTRY OF APPEARANCE FILED | LIMBACHER, ROBERT A | | 11-MAR-2013 08:46 AM |

| | | | | |
|---|---|---|---|---|
| **Documents:** | Intuitive Surgical, Inc. - Grasso EOA Limbacher and Rockett.pdf | | | |
| **Docket Entry:** | ENTRY OF APPEARANCE OF ROBERT A LIMBACHER AND SHEVON D ROCKETT FILED. (FILED ON BEHALF OF INTUITIVE SURGICAL, INC.) | | | |
| 08-MAR-2013 02:34 PM | JURY TRIAL PERFECTED | LIMBACHER, ROBERT A | | 11-MAR-2013 08:46 AM |
| **Docket Entry:** | 12 JURORS REQUESTED. | | | |
| 15-MAR-2013 02:32 PM | CERTIFICATION FILED | CAMHI, DONALD N | | 15-MAR-2013 02:37 PM |
| **Documents:** | Grasso.pdf | | | |
| **Docket Entry:** | CERTIFICATE PREREQUISITE TO SERVICE OF SUBPOENAS PURSUANT TO RULE 4009.22 FILED. (FILED ON BEHALF OF JEFFERSON UROLOGY ASSOCIATES, LEONARD G GOMELLA, JEFFERSON UNIVERSITY PHYSICIANS AND THOMAS JEFFERSON UNIVERSITY HOSPITAL) | | | |
| 18-MAR-2013 12:34 PM | MOT-FOR ADMISSION PRO HAC VICE | LIMBACHER, ROBERT A | | 19-MAR-2013 10:25 AM |
| **Documents:** | Grasso - MCheffo PHV Package.PDF  Motion CoverSheet Form | | | |
| **Docket Entry:** | 04-13032704 RESPONSE DATE 04/08/2013. (FILED ON BEHALF OF INTUITIVE SURGICAL, INC.) | | | |
| 10-APR-2013 11:21 AM | MOTION ASSIGNED | | | 10-APR-2013 11:21 AM |
| **Docket Entry:** | 04-13032704 MOT-FOR ADMISSION PRO HAC VICE ASSIGNED TO JUDGE: ALLEN, JACQUELINE F. ON DATE: APRIL 10, 2013 | | | |
| 16-APR-2013 04:17 PM | ORDER ENTERED/236 NOTICE GIVEN | ALLEN, JACQUELINE F | | 16-APR-2013 04:17 PM |
| **Documents:** | ORDER_32.pdf | | | |
| **Docket Entry:** | 04-13032704 IT IS ORDERED THAT MARK S CHEFFO ESQ IS HEREBY ADMITTED PRO HAC VICE FOR PURPOSES OF THIS MATTER AFTER OBTAINING THE APPROPRIATE CITY OF PHILA BUSINESS PRIVILEGE TAX LICENSE PURSUANT TO 19-2602 PF THE PHILA | | | |

|  | CODE. PRO HAC VIC COUNSEL SHALL PAY ALL CITY BUSINESS AND WAGE TAX AS REQUIIRED...BY THE COURT, JUDGE ALLEN, 4-16-13 | | | |
|---|---|---|---|---|
| 16-APR-2013 04:17 PM | NOTICE GIVEN UNDER RULE 236 | | | 17-APR-2013 03:31 PM |
| **Docket Entry:** | NOTICE GIVEN ON 17-APR-2013 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 16-APR-2013. | | | |
| 08-JUL-2013 04:36 PM | PARTIAL DISCONTINUANCE FILED | LAYSER, DEREK R | | 09-JUL-2013 12:19 PM |
| **Documents:** | Praecipe to Dismiss Gomella Pursuant to Rule 229.pdf | | | |
| **Docket Entry:** | ORDER TO DISCONTINUE AS TO LEONARD G GOMELLA WITH PREJUDICE FILED. (FILED ON BEHALF OF ROSEANN GRASSO AND MICHAEL A GRASSO) | | | |
| 18-JUL-2013 01:18 PM | CERTIFICATION FILED | CAMHI, DONALD N | | 18-JUL-2013 01:42 PM |
| **Documents:** | Grasso.pdf | | | |
| **Docket Entry:** | CERTIFICATE PREREQUISITE TO SERVICE OF SUBPOENAS PURSUANT TO RULE 4009.22 FILED. (FILED ON BEHALF OF JEFFERSON UROLOGY ASSOCIATES, JEFFERSON UNIVERSITY PHYSICIANS AND THOMAS JEFFERSON UNIVERSITY HOSPITAL) | | | |
| 29-JUL-2013 10:50 AM | COMPLAINT FILED NOTICE GIVEN | LAYSER, DEREK R | | 29-JUL-2013 11:34 AM |
| **Documents:** | Complaint.pdf | | | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. (FILED ON BEHALF OF ROSEANN GRASSO AND MICHAEL A GRASSO) | | | |
| 05-AUG-2013 03:23 PM | PRAECIPE-ATTACH VERIFICATION | LAYSER, DEREK R | | 06-AUG-2013 07:24 AM |
| **Documents:** | Praecipe to Sub Verif.pdf | | | |
| **Docket Entry:** | PRAECIPE TO SUBSTITUTE/ATTACH VERIFICATION FILED. (FILED ON BEHALF OF ROSEANN GRASSO AND MICHAEL A GRASSO) | | | |

| 08-AUG-2013 04:14 PM | ENTRY OF APPEARANCE-CO COUNSEL | HARBURG, STEPHEN | | 09-AUG-2013 07:41 AM |
|---|---|---|---|---|
| **Documents:** | Grasso Harburg Entry of Appearance PCCP.pdf | | | |
| **Docket Entry:** | ENTRY OF APPEARANCE OF AS CO-COUNSEL FILED. (FILED ON BEHALF OF INTUITIVE SURGICAL, INC.) | | | |
| 16-AUG-2013 12:18 PM | PRELIMINARY OBJECTIONS | NADEL KRAMER, DONNA | | 16-AUG-2013 12:32 PM |
| **Documents:** | Grasso- POBs.pdf | | | |
| **Docket Entry:** | 03-13081803 PRELIMINARY OBJECTIONS TO PLAINTIFFS COMPLAINT FILED. RESPONSE DATE: 09/05/2013 (FILED ON BEHALF OF JEFFERSON UROLOGY ASSOCIATES, JEFFERSON UNIVERSITY PHYSICIANS AND THOMAS JEFFERSON UNIVERSITY HOSPITAL) | | | |