POST & SCHELL, P.C.
BY: DANIEL S. ALTSCHULER, ESQUIRE
E-MAIL: daltschuler@postschell.com
I.D. # 49470
FOUR PENN CENTER
1600 JOHN F KENNEDY BLVD.
PHILADELPHIA, PA 19103
215-587-1000

ATTORNEYS FOR DEFENDANTS,
THOMAS JEFFERSON UNIVERSITY
HOSPITAL, JEFFERSON UNIVERSITY
PHYSICIANS AND JEFFERSON
UROLOGY ASSOCIATES

UNITED STATED DISTRICT
COURT FOR THE EASTERN
DISTRICT OF PENNSYLVANIA

MICHAEL A. GRASSO and
ROSEANN GRASSO,

    Plaintiffs,

v.

THOMAS JEFFERSON UNIVERSITY
HOSPITAL; JEFFERSON UNIVERSITY
PHYSICIANS; JEFFERSON UROLOGY
ASSOCIATES; and, INTUITIVE
SURGICAL, INC.,

    Defendants.

No. 2:13-cv-04814

## STIPULATION OF VOLUNTARY DISMISSAL

It is hereby **STIPULATED** to and **AGREED** between counsel for all parties that defendants, THOMAS JEFFERSON UNIVERSITY HOSPITAL, JEFFERSON UNIVERSITY PHYSICIANS AND JEFFERSON UROLOGY ASSOCIATES are hereby **DISMISSED** and that all claims and cross claim against defendants, THOMAS JEFFERSON UNIVERSITY HOSPITAL, JEFFERSON UNIVERSITY PHYSICIANS AND JEFFERSON UROLOGY ASSOCIATES are hereby **DISMISSED**, with prejudice.

This Stipulation may be executed in separate parts.

LAYSER & FREIWALD, P.C.

BY: _____
Derek R. Layser, Esquire
Attorney for Plaintiff

POST & SCHELL, P.C.

BY: _____
DANIEL S. ALTSCHULER, ESQUIRE
Attorneys for DEFENDANTS,
THOMAS JEFFERSON UNIVERSITY
HOSPITAL, JEFFERSON UNIVERSITY
PHYSICIANS and JEFFERSON
UROLOGY ASSOCIATES

SKADDEN ARPS SLATE MEAGHER & FLOM LLP

BY: _____
Stephen Harburg, Esquire
Attorneys for Defendant
Intuitive Surgical, Inc.

BY THE COURT:

_____
HONORABLE WILLIAM H. YOHN, JR.